ALICE LARAINE DIMERY, Appellant, v ULSTER SAVINGS BANK, Respondent.

Submitted December 11, 2006; decided December 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it is untimely (*see* CPLR 5513 [a]).

In the Matter of EMMANUEL O., a Person Alleged to be a Juvenile Delinquent, Respondent; PRESENTMENT AGENCY, Appellant.

Submitted December 11, 2006; decided December 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

JOSEPH GRINKORN, Appellant, v JOSEPH SEELEY et al., Respondents.

Submitted November 6, 2006; decided December 21, 2006

Motion, insofar as it seeks leave to appeal as against Joseph Seeley, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal as against Michael Williams, dismissed upon the ground that appellant has failed to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).